**FULBRIGHT & JAWORSKI L.L.P.**
MARCUS A. TORRANO (BAR NO. 138874)
JULIE M. CAPELL (BAR NO. 226662)
JULIE J. CHEN (BAR NO. 260258)
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
mtorrano@fulbright.com
jcapell@fulbright.com
jchen@fulbright.com

Attorneys for Defendant HOSPITAL
HOUSEKEEPING SYSTEMS, GP, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA TOVAR, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOSPITAL HOUSEKEEPING SYSTEMS, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. CV 09-3487 CBM (RNBx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STAY PROCEEDINGS PENDING STATE COURT ACTION**<br><br>Date: September 21, 2009<br>Time: 10:00 a.m.<br>Judge: Consuelo B. Marshall<br>Dept.: 2 |

PLEASE TAKE NOTICE THAT on September 21, 2009 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Department 2 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012, Defendant Hospital Housekeeping Systems, GP, LLC ("Defendant") will and hereby does

DOCUMENT PREPARED ON RECYCLED PAPER

85209875.1

move the Court for an order dismissing, or in the alternative, staying this action pending resolution of identical California claims brought before the Los Angeles Superior Court in the related state cases of <u>Alma R. Gonzalez v. Hospital Housekeeping Systems</u> (Case No. BC377451) and <u>Jacob Brisendine v. Hospital Housekeeping Systems of Houston, Inc.</u> (Case No. BC391804).

Pursuant to this Court's authority to decline hearing this action under <u>Brillhart v. Excess Ins. Co.</u>, 316 U.S. 491 (1942), <u>Colorado River Water Conservation Dist. V. United States</u>, 424 U.S. 800 (1976), <u>Burford v. Sun Oil Co.</u>, 319 U.S. 315 (1943), and <u>Younger v. Harris</u>, 401 U.S. 37 (1971), and their progeny, as well as this Court's inherent authority to control its docket, this Court may dismiss and/or stay this action in light of identical state court proceedings. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 30, 2009.

Accordingly, Defendant respectfully requests this Court to dismiss, or in the alternative, stay the action before this Court in light of pending duplicative state court actions.

Dated: August 21, 2009

**FULBRIGHT & JAWORSKI L.L.P.**
MARCUS A. TORRANO
JULIE M. CAPELL
JULIE J. CHEN

By _____
JULIE M. CAPELL
Defendant HOSPITAL HOUSEKEEPING
SYSTEMS, GP, LLC

DOCUMENT PREPARED
ON RECYCLED PAPER

## PROOF OF SERVICE

I, Rachel D. Victor, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On August 21, 2009, I served a copy of the within document(s): **NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STAY PROCEEDINGS PENDING STATE COURT ACTION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by transmitting via email the document(s) listed above to the parties set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

James R. Hawkins, Esq.
William Caldwell, Esq.
Timothy R. Bolin, Esq.
JAMES HAWKINS APLC
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Tel.: (949) 788-2911
Fax: (949) 788-2912
James@jameshawkinsaplc.com;
william@jameshawkinsaple.com;
Tim@jameshawkinsaplc.com;

Attorneys for Plaintiff MARIA TOVAR, on behalf of herself and all others similarly situated

85209875.1

- 1 -

DOCUMENT PREPARED ON RECYCLED PAPER

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 21, 2009, at Los Angeles, California.

_____
Rachel D. Victor

DOCUMENT PREPARED ON RECYCLED PAPER

-- 2 --