UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-03487-MMM(RNBx) | Date | September 23, 2009 |
|---|---|---|---|

| Title | Maria Tovar v. Hospital Housekeeping Systems, Inc. et al |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**          IN CHAMBERS - ORDER TO SHOW CAUSE

On July 29, 2009, the Clerk's Office sent a letter re no record of attorney admission (form G-35) to the plaintiff's attorney, Timothy R. Bolin, reminding him to complete and return the application along with the filing fee or submit proof of admission.

On September 21, 2009, the Clerk's Office sent a memorandum advising the court of plaintiff's attorney's non-compliance.

To date, plaintiff's attorney has not submitted the required application form and fee or proof of admission.

Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before **October 2, 2009** why Timothy R. Bolin's appearance should not be stricken. The Order to Show Cause will stand submitted upon the filing of plaintiff's response.